MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Shani Eagle (Bar No. 267704)
seagle@mwncov.com
115 Ward Street
Larkspur, CA 94939
Telephone:    (415) 927-6920
Facsimile:    (415) 927-6929

Attorneys for Plaintiff
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| City and County of San Francisco, | CASE NO.:3:15-cv-04557-CRB |
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE HEARING RE PHILADELPHIA'S MOTION TO COMPEL ARBITRATION, AND [PROPOSED] ORDER |
| v. | |
| Philadelphia Indemnity Insurance Company, a Pennsylvania corporation; and DOES 1-50, Inclusive, | Hon. Charles R. Breyer |
| Defendants. | Date:         December 18, 2015<br>Time:         10:00 a.m.<br>Location:    Courtroom 6, 17th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff City and County

of San Francisco ("the City") and Defendant Philadelphia Indemnity Insurance Company

("Philadelphia"), through their respective counsel, pursuant to United States District Court,

Northern District of California Local Rules 6-1, 6-2, and 7-12, that the Hearing on the Motion to

Compel Arbitration be continued for good cause.

**WHEREAS**, the Hearing was originally noticed for December 11, 2015;

**WHEREAS**, on December 1, 2015, the Court reset the Hearing for December 18, 2015;

**WHEREAS**, Counsel for the City is not available on December 18, 2015;

i

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
CASE NO.:3:15-cv-04557-CRB

MEREDITH, WEINSTEIN & NUMBERS, LLP
LARKSPUR, CALIFORNIA 94939

1    WHEREAS, the Case Management Conference for this case is on January 15th, 2016, at

2    8:30 a.m.;

3    WHEREAS, Counsel for Philadelphia is unavailable January 22nd, 2016;

4    WHEREAS, the Court's next available hearing date is not until February 12th, 2016[1];

5    **THE PARTIES HEREBY STIPULATE AND REQUEST** that the Hearing on the

6    Motion to Compel Arbitration be **continued to Friday, January 15th, 2016, at 10:00 a.m.** to [22nd]

7    coincide with the Case Management Conference.

8    **IT IS SO STIPULATED.**

10   DATED:  December 8, 2015

                    MEREDITH, WEINSTEIN & NUMBERS, LLP

11                  By:  _/s/ Shanti Eagle_
                         Shanti Eagle

                    *Attorneys for Plaintiff*
                    *City and County of San Francisco*

14   DATED:  December 8, 2015

                    NIELSEN, HALEY & ABBOTT, LLP

16                  By:  _/s/ James C. Nielsen_
                         James C. Nielsen

                    *Attorneys for Defendant*
                    *Philadelphia Indemnity Insurance Company*

20        I, Shanti Eagle, hereby attest, based upon my own personal knowledge, that concurrence in

the filing of this Stipulation has been obtained from each of the other Signatories hereto, which

shall serve in lieu of their signatures on the document pursuant to Local Rule 5-1(i)(3).

22        I declare under penalty of perjury under the laws of the United States and State of

California that the foregoing attestation is true and correct, and was executed on December 8, 2015

at Larkspur, California.

                    _/s/ Shanti Eagle_
                    Shanti Eagle

[1] If for any reason the Court is not available to hear this motion on January 15th, the Parties request that the hearing be continued to February 12, 2016, instead.

MEREDITH, WEINSTEIN & NUMBERS, LLP
LARKSPUR, CALIFORNIA 94939

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

The Hearing on the Motion to Compel Arbitration is continued to Friday, January ~~15th,~~ 22nd

2016, at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/9/15 _____

_____
Hon. Charles R. Breyer
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
CASE NO.:3:15-cv-04557-CRB

3