MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Shanti Eagle (Bar No. 267704)
seagle@mwncov.com
115 Ward Street
Larkspur, CA 94939
Telephone:  (415) 927-6920
Facsimile:  (415) 927-6929

Attorneys for Plaintiff
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| City and County of San Francisco, | CASE NO.:3:15-cv-04557-CRB |
| Plaintiff, | AMENDED STIPULATION AND REQUEST TO CONTINUE HEARING RE PHILADELPHIA'S MOTION TO COMPEL ARBITRATION, AND [PROPOSED] ORDER |
| v. | |
| Philadelphia Indemnity Insurance Company, a Pennsylvania corporation; and DOES 1-50, Inclusive, | Hon. Charles R. Breyer |
| Defendants. | Date: December 18, 2015<br>Time: 10:00 a.m.<br>Location: Courtroom 6, 17th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff City and County of San Francisco ("the City") and Defendant Philadelphia Indemnity Insurance Company ("Philadelphia"), through their respective counsel, pursuant to United States District Court, Northern District of California Local Rules 6-1, 6-2, and 7-12, that the Hearing on the Motion to Compel Arbitration be continued for good cause.

**WHEREAS**, the Hearing was originally noticed for December 11, 2015;

**WHEREAS**, on December 1, 2015, the Court reset the Hearing for December 18, 2015;

**WHEREAS**, Counsel for the City is not available on December 18, 2015;

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
CASE NO.:3:15-cv-04557-CRB

MEREDITH, WEINSTEIN & NUMBERS, LLP
[address]
LARKSPUR, CALIFORNIA 94939

1  WHEREAS, the Case Management Conference for this case is on January 15th, 2016, at 8:30 a.m.;

2  

3  WHEREAS, Counsel for Philadelphia is unavailable January 22nd, 2016;

4  WHEREAS, the Court's next available hearing date is not until February 12th, 2016[1];

5  **THE PARTIES HEREBY STIPULATE AND REQUEST** that the Hearing on the

6  Motion to Compel Arbitration be **continued to Friday, ~~January 15th~~, 2016, at 10:00 a.m.** to

    February 12,

7  coincide with the Case Management Conference.

8  **IT IS SO STIPULATED.**

9  

10  DATED:  December 8, 2015         MEREDITH, WEINSTEIN & NUMBERS, LLP

11  

12                                  By: _/s/ Shanti Eagle_
                                         Shanti Eagle

13                                  Attorneys for Plaintiff
                                    City and County of San Francisco

14  DATED:  December 8, 2015         NIELSEN, HALEY & ABBOTT, LLP

15  

16                                  By: _/s/ James C. Nielsen_
                                         James C. Nielsen

17                                  Attorneys for Defendant
                                    Philadelphia Indemnity Insurance Company

18  

19  

20  I, Shanti Eagle, hereby attest, based upon my own personal knowledge, that concurrence in the filing of this Stipulation has been obtained from each of the other Signatories hereto, which shall serve in lieu of their signatures on the document pursuant to Local Rule 5-1(i)(3).

21  

22  I declare under penalty of perjury under the laws of the United States and State of California that the foregoing attestation is true and correct, and was executed on December 8, 2015 at Larkspur, California.

23  

24  

25                                         _/s/ Shanti Eagle_
                                             Shanti Eagle

26  

27  _____
[1] If for any reason the Court is not available to hear this motion on January 15th, the Parties request that the hearing be continued to February 12, 2016, instead.

28  

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
CASE NO.:3:15-cv-04557-CRB
2

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that:

The Hearing on the Motion to Compel Arbitration is continued to Friday, ~~January 15th,~~ February 12, 2016, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/9/15  _____

Hon. Charles R. Breyer
United States District Judge