1  JAMES C. NIELSEN (111889)
    jnielsen@nielsenhaley.com
2  TUNG KHUU (221381)
    tkhuu@nielsenhaley.com
3  NIELSEN, HALEY & ABBOTT LLP
4  100 Smith Ranch Road, Suite 350
   San Rafael, California 94903
5  Telephone:  (415) 693-0900
6  Facsimile:  (415) 693-9674

7  Attorneys for defendant,
   Philadelphia Indemnity Insurance Company
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:15-CV-04557-CRB<br>Hon. Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME OF INITIAL CASE MANAGEMENT<br><br>[N.D. CAL. CIV. LOCAL RULE 6-3]<br><br>Current CMC:  January 15, 2016<br>Time:              8:30 a.m. |
|---|---|

## [PROPOSED] ORDER

Philadelphia Indemnity Insurance Company moved to change the time of the initial case management conference, currently set for January 15, 2016, to a new date after February 12, 2016, when the Court hears Philadelphia's motion to compel arbitration.

Having considered the motion to change time and any opposition papers, the Court finds that good cause exists under Civil Local Rule 6-3 to reschedule the initial case management conference and GRANTS the motion.

1  IT IS HEREBY ORDERED that the initial case management conference will be
2 reset to Friday, February 12, 2016, at 10:00 a.m.
3  As previously ordered, the case management conference will be held before
4 Judge Charles R. Breyer in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San
5 Francisco, California.

7  **IT IS SO ORDERED.**



Dated:  December 15, 2015

THE HONORABLE CHARLES R. BREYER
UNITED STATES DITRICT JUDGE